FILED

12/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0542



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0542

MATTHEW WINKLER,

      Plaintiff and Appellant,

v.

CITY OF BILLINGS,

      Defendant, Appellee
      and Cross Appellant.

SECOND ORDER OF
MEDIATOR APPOINTMENT

      T. Thomas Singer, the mediator previously appointed in this matter, has notified the Court that he declines the appointment. Accordingly, Mr. Singer's order of mediator appointment is hereby rescinded and

      IT IS ORDERED THAT **Thomas E. Towe, P.O. Box 30457, Billings, MT 59107, (406)248-7337, towe@tbems.com**, whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

      IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

      A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

      DATED this December 10, 2020.

Bowen Greenwood, Clerk of the Supreme Court

c:    Gerry P. Fagan and Adam Tunning, P.O. Box 2559, Billings, TM 59103,
        (406)248-7731, gerry.fagan@moultonbellingham.com,
        Adam.tunning@moultonbelingham.com
    Veronica Alyn Procter, P.O. Box 782, Billings, MT 59103, (406)294-8915,
        vp@procterlawfirm.com
    Thomas E. Towe, see contact information above